IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JAMES J. BRADDOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 11:1-cv-8597 |
| v. ) | |
| ) | Honorable Judge Robert M. Dow, Jr. |
| ANGELINA JOLIE, an individual; GK ) | |
| FILMS, a California corporation; ) | |
| FILMDISTRICT, an Illinois corporation; ) | |
| SCOUT FILM, a foreign corporation; and ) | |
| EDIN SARKIC, an individual, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO WITHDRAW
APPEARANCE AS ATTORNEY OF RECORD FOR PLAINTIFF**

Movant MARK D. BELONGIA (hereinafter "Movant"), of the law firm Belongia, Shapiro & Franklin, LLP, respectfully moves this Court, pursuant to Local Rule 83.17, to grant him leave to withdraw his appearance as attorney of record for Plaintiff James J. Braddock (hereinafter "Plaintiff"), and in support thereof respectfully states as follows:

1. The law firm of Belongia, Shapiro & Franklin, LLP (hereinafter the "Firm"), through Plaintiff's lead attorney Kelly A. Saindon, was retained by Plaintiff to represent him in this lawsuit.

2. On or about December 2, 2011, Movant and lead attorney Kelly A. Saindon filed their appearances as attorneys of record for Plaintiff.

3. On or about December 16, 2011, Plaintiff's lead attorney, Kelly A. Saindon, left her employment with the Firm.

4. Lead attorney Kelly A. Saindon is Plaintiff's attorney and will continue to be represented by Kelly A. Saindon.

5. Movant is currently a partner attorney employed by the Firm.

6. As the Firm and lead attorney Kelly A. Saindon have parted ways, Movant and the Firm will no longer be representing Plaintiff.

7. The remaining attorney of record for Plaintiff, lead attorney Kelly A. Saindon, will continue to represent Plaintiff in this matter. As such, the Court's granting of this Motion will not prejudice either party or delay the proceedings in this matter.

8. Based on the foregoing and pursuant to Local Rule 83.17, Mark D. Belongia of the law firm Belongia, Shapiro & Franklin, LLP, seeks leave to withdraw his Appearance on behalf of Plaintiff.

WHEREFORE, MARK D. BELONGIA, of the law firm Belongia, Shapiro & Franklin, LLP, prays that this Honorable Court enter an Order granting him leave to withdraw his Appearance on behalf of the Plaintiff James J. Braddock as well as for any other relief this Honorable Court deems just and equitable.

Respectfully submitted,
MARK D. BELONGIA

Dated: January 6, 2012

/s/ Mark D. Belongia
Mark D. Belongia

Mark D. Belongia
mbelongia@belongialaw.com
Belongia, Shapiro & Franklin, LLP
20 S. Clark St., Suite 300
Chicago, Illinois 60603
Tel (312) 662-1030
Fax (312) 662-1040