# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 8597 | **DATE** | 1/11/2012 |
| **CASE TITLE** | Braddock vs. Jolie, et al | | |

**DOCKET ENTRY TEXT**

MOTION by Mark Belongia, counsel for Plaintiff James J Braddock, to withdraw as attorney [16] is granted. Notice of Motion date of 1/12/2012 is stricken and no appearances are necessary on that date.

Docketing to mail notices.

Courtroom Deputy Initials: TBK