# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

James J Braddock  
                          Plaintiff,

v.                                       Case No.: 1:11−cv−08597  
                                                  Honorable Robert M. Dow Jr.

Angelina Jolie, et al.  
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 14, 2012:

      MINUTE entry before Honorable Robert M. Dow, Jr: Motion to transfer case [35], Motion to dismiss for lack of jurisdiction [38] and Motion to dismiss for lack of jurisdiction [41] are taken under advisement; Plaintiff's Responses due by 4/5/2012 ; Defendants' Replies due by 4/19/2012. Initial status hearing date of 3/20/2012 is stricken. Filing of joint status report is vacated. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.